IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

__Tarek Mentouri_____,
      Plaintiff(s),

v.                                          Case No._____

__Perdoceo Education Corporation__,
      Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, __Perdoceo Education Corporation__ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☑ This party is a publicly held corporation or other publicly held entity, incorporated in __Delaware__ and with a principal place of business in __Illinois__.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☑ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 5/12/2021   Signature: /s/Samuel A. Morris

Printed Name: Samuel A. Morris

Title: Attorney for Defendant

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TAREK MENTOURI, | ) |
| | ) Case No. _____ |
| **Plaintiff,** | ) |
| | ) Judge _____ |
| v. | ) |
| | ) |
| PERDOCEO EDUCATION CORPORATION, | ) |
| | ) *(Removed from General Sessions Court* |
| **Defendant.** | ) *of Davidson County, Tennessee, Case* |
| | ) *No. 21-GC-3597)* |

## DEFENDANT PERDOCEO EDUCATION CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.02, Defendant Perdoceo Education Corporation ("Perdoceo") submits the following corporate disclosure statement. Perdoceo is a corporation created under the laws of the State of Delaware, and maintains a principal place of business in the State of Illinois. Perdoceo is a publicly held corporation traded on the NASDAQ (PRDO). BlackRock, Inc., a publicly held corporation traded on the New York Stock Exchange (BLK), owns more than 10% of Perdoceo.

Respectfully submitted this 12th day of May, 2021.

/s/Samuel A. Morris
Samuel A. Morris (BPR # 034878)

BURR & FORMAN, LLP
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3200
Facsimile: (615) 724-3358
E-Mail: smorris@burr.com

*Attorney for Defendant*
*PERDOCEO EDUCATION CORPORATION*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded by electronic means via the Court's CM/ECF system and by first-class, United States mail, postage prepaid, on this the 12th day of May, 2021:

Tarek Mentouri
1801 Glade Street
Nashville, TN 37207

                                          */s/Samuel A. Morris*
                                          OF COUNSEL

45449610 v2

2

Case 3:21-cv-00383   Document 2   Filed 05/12/21   Page 4 of 4 PageID #: 21