OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NASHVILLE, TN 37203

OFFICIAL BUSINESS

Tarek Mentouri
#601116
Davidson County Correctional Development Center
5113 Harding Place
Nashville, TN 37211

NIXIE    400  6E 1       0207/15/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 37203         2047N196184-00109

NEOPOST
06/16/2021
US POSTAGE
$001.80⁰
FIRST-CLASS MAIL

NEWBERN,PRO-SE-CASE

**RECEIVED**
JUL 19 2021
US DISTRICT COURT
MID DIST TENN

383

/12/2021
None
: 890 Other Statutory

ederal Question

uri

nty Correctional
Center
Place
37211

en Morris
an, LLP (Nashville Office)
Avenue South

37201
58
4-3358
is@burr.com
TO BE NOTICED

orporation from General
-GC-3597. (Filing fee
s: # 1 Exhibit A - State
onfirming TCPA Issue, # 3
Attachment 1 - Civil

| 05/12/2021 | 2 | BUSINESS ENTITY DISCLOSURE STATEMENT filed by Perdoceo Education Corporation. (ln) (Entered: 05/13/2021) |