CLERK, U.S. DISTRICT COURT
800 U.S. COURTHOUSE
NASHVILLE, TENNESSEE 37203

OFFICIAL BUSINESS

Tarek Mentouri #601116
Davidson County Correctional Development Center
5113 Harding Place
Nashville, TN 37211

NIXIE          372 EE 1          7207/31/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RECEIVED
in Clerk's Office
AUG 04 2021
U.S. District Court
Middle District of TN

S DISTRICT COURT
ISTRICT OF TENNESSEE
LE DIVISION

Case No. 3:21-cv-00383

Judge William L. Campbell, Jr.
Magistrate Judge Alistair E. Newbern

**SHOW CAUSE**

se Plaintiff Tarek Mentouri to show cause by

ould not recommend that his action against

be dismissed under Federal Rule of Civil

cute his claims or for the reasons stated in the

n June 16, 2021, the Court was informed that

n County Correctional Development Center and

dress. The Court therefore mailed copies of all

cause order, to Mentouri at the Correctional

not responded to the Court's show cause order or

touri's pro se status and the confusion regarding

uri a final opportunity to respond to the Court's

SE by July 26, 2021, why the Magistrate Judge

d for failure to prosecute or for the reasons stated