Hi, I have changed my mailing address. It is now 4110 Idaho Ave Nashville, TN 37209. Please update this for the following and any other cases I may have: 321-0383, 320-1098.

Pro Se Plaintiff,
Tarek I Mentouri

RECEIVED

SEP 30 2021

US DISTRICT COURT
MID DIST TENN

Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202

47917o1845-1054-PRI
Tarek Menfouri
4110 Idaho Ave
Nashville, TN 37209

RECEIVED

SEP 30 2021

US DISTRICT COURT
MID DIST TENN

4 ••••••••••AUTO**MIXED AADC 480

US District Court
Estes Kefauver Federal Building
801 Broadway Ste 800
Nashville, TN 37203-3869