UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
in Clerk's Office

OCT 0 8 2021

U.S. District Court
Middle District of TN

TAREK MENTOURI,

    Plaintiff,

v.

PERDOCEO EDUCATION CORPORATION,

    Defendant.

Case No. 3:21-cv-00383

Judge William L. Campbell, Jr.
Magistrate Judge Alistair E. Newbern

To:    The Honorable William L. Campbell, Jr., District Judge

The defendant is arguing the case should be dismissed due to my inability to be responsive. Please understand that from May 13, 2021 until Sept 2, 2021, I was incarcerated. In fact, I had received an email from the defendant's lawyer minutes before I was arrested. I was prepared to reply to his email then.

I was given a lengthy piece of mail while I was in jail, but I did not have the ability to mail anything back because for many weeks we did not have access to stamps and envelopes. This is partially due to being in quarantine and not able to order commissary. Regardless, I had many weeks in which I did not have the proper funds.

There are 4 factors he listed in trying to justify dismissing this case due to my lack of a response. Please understand my hardship does not meet the criteria of all of that.

Presorted
First-Class Mail
U.S. Postage Paid
C2M LLC
22202

480705-690-260-PRI
Tarek Mentouri
4110 IDAHO AVE
NASHVILLE, TN 37209-3620

3*************AUTO**MIXED AADC 480

US District Court
Estes Kefauver Federal Building
801 Broadway Ste 800
Nashville, TN 37203-3869

RECEIVED
in Clerk's Office

OCT 08 2021

U.S. District Court
Middle District of TN